IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31111
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES M. SAM, SR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CR-60002-02
- - - - - - - - - -
August 28, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

James M. Sam, Sr., appeals his guilty-plea conviction and sentence for conspiracy to commit food stamp fraud, theft of government property, and money laundering; money laundering; and criminal forfeiture. He argues that the district court erred in applying § 2S1.1 of the United States Sentencing Guidelines in calculating his sentence. The district court did not err in grouping Sam's offenses under § 3D1.2 of the Guidelines. United States v. Patterson, 962 F.2d 409, 416 (5th Cir. 1992). The district court did not err in applying the highest offense level

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

applicable to the offense of money laundering pursuant to §§ 2S1.1 and 2S1.2 of the Guidelines.  See <u>United States v. Hoster</u>, 988 F.2d 1374, 1381 (5th Cir. 1993).

AFFIRMED.